IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00440-CR

 

Lonnie Mapp,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 54th District Court

McLennan County, Texas

Trial Court No. 2004-1232-C

 



MEMORANDUM  Opinion



 








          Appellant has filed a withdrawal of his notice of appeal under
Rule of Appellate Procedure 42.2(a).  See Tex. R. App. P. 42.2(a); McClain v. State, 17 S.W.3d
310, 311 (Tex. App.—Waco 2000, no pet.) (per curiam).  We have not issued a
decision in this appeal.  Appellant personally signed the withdrawal.  The
Clerk of this Court has sent a duplicate copy to the trial court clerk.  Id.  Accordingly, the appeal is dismissed.

PER CURIAM

Before
Chief Justice Gray,

Justice Vance, and

Justice Reyna

Appeal
dismissed

Opinion
delivered and filed April 5, 2006

Do not
publish

[CR25]






200%;text-autospace:
none'> 

 

                                                                        PER
CURIAM

 

 

Before
Chief Justice Gray,

            Justice
Vance, and

            Justice
Reyna

Order
issued and filed October 23, 2008

Do
not publish